UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMAS ANTONIO TOMAS LOPEZ,<br><br>                Petitioner,<br>    v.<br><br>PAMELA BONDI et al.,<br><br>                Respondents. | CASE NO. 2:25-cv-02229<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER AND GRANTING TEMPORARY RELIEF PENDING RESPONDENTS' RESPONSE TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER |

      Petitioner Tomas Antonio Tomas Lopez filed a petition for writ of habeas corpus seeking release from confinement. Dkt. No. 1. Mr. Tomas Lopez also moves for a temporary restraining order ("TRO") preventing his transfer from the Northwest ICE Processing Center in Tacoma, Washington, to any other facility while these proceedings are pending. Dkt. No. 2 at 8.

      The motion for a TRO asserts that Mr. Tomas Lopez, a native and citizen of Guatemala, is currently detained at the Northwest ICE Processing Center in Tacoma, Washington. *Id.* at 2. He contends that Respondents did not follow required procedures before revoking his release on parole. *Id.* at 2, 4–5. Now that he is detained, he fears that he will be transferred to another detention

facility—and thereby separated from his family and his attorney in Washington—with little or no notice. *Id.* at 3, 5–6 (stating his fear that "[a]ny transfer will severely impair, if not cut, his ties with his legal and social supports"). Mr. Tomas Lopez believes that his transfer is imminent because his commissary account was emptied, "which usually indicates that a detainee is going to be transferred or removed." *Id.* at 5.

Mr. Tomas Lopez has not yet served the petition on Respondents, and the petition and motion for TRO were filed shortly after 10:00 p.m. on November 7, 2025.[1] Respondents have not entered an appearance or responded to Mr. Tomas Lopez's motion.

The Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").

Accordingly, the Court orders as follows:

1. Mr. Tomas Lopez's motion for temporary restraining order, Dkt. No. 2, is provisionally GRANTED pending Respondents' response to the motion. This grant is solely for the purpose of maintaining the status quo so that the Court may review the merits of the motion after full briefing.

2. Respondents ARE PROHIBITED from transferring Mr. Tomas Lopez from the Northwest ICE Processing Center to any other detention facility during the pendency of these proceedings, without further order, unless necessary for medical evaluation, medical treatment, or release.

---

[1] He electronically filed his habeas petition using the CM/ECF system, and avers that the system automatically sends notice to the U.S. Attorney's Office at: usawaw.habeas@usdoj.gov. Dkt. No. 1-4 at 1.

ORDER DIRECTING PARTIES TO MEET AND CONFER AND GRANTING TEMPORARY RELIEF PENDING RESPONDENTS' RESPONSE TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER - 2

3. Mr. Tomas Lopez's counsel SHALL immediately contact Respondents' counsel to provide a copy of this Order and to meet and confer on (1) a briefing schedule for the motion for TRO and (2) whether the Government will agree to a stipulated order to not transfer Mr. Tomas Lopez from the Northwest ICE Processing Center during the pendency of this action.

4. If the Parties can agree on a briefing schedule, they SHALL file a stipulated proposed briefing schedule with the Court, along with any other stipulations the Parties may agree on for the pendency of this case. If the Parties cannot reach agreement on a briefing schedule, then Respondents SHALL respond to the motion for TRO pursuant to the schedule set by Local Civil Rule 65 once notice is accomplished.

5. The Parties SHALL contact the courtroom deputy of the assigned judge if they wish to schedule oral argument on the motion for TRO.

Dated this 7th day of November, 2025.

Lauren King
United States District Judge