District Judge Jamal N. Whitehead
Magistrate Judge Grady J. Leupold

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMAS ANTONIO TOMAS LOPEZ,

    Petitioner,

v.

KRISTI NOEM, *et al.*,[1]

    Respondents.

Case No. 2:25-cv-02229-JNW-GJL

STIPULATED MOTION AND BRIEFING SCHEDULE

Noted for Consideration:
December 1, 2025

Petitioner and Federal Respondents submit this proposed briefing schedule for the habeas petition:

| **Filing** | **Deadline** |
|---|---|
| Respondents' Return Memorandum | November 24, 2025 |
| Petitioner's Response | December 1, 2025 |

//

//

---

[1] Respondent Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02229-JNW-GJL] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Accordingly, the parties request that the Court enter the proposed briefing schedule.

2   DATED this 11th day of November, 2025.

3   Respectfully submitted,

4   CHARLES NEIL FLOYD          GIBBS HOUSTON PAUW
United States Attorney

5

*s/ Katherine G. Collins*          *s/ Hilary Smith*
6   KATHERINE G. COLLINS, CA #315903    HILARY SMITH, WSBA # 60474
Assistant United States Attorney    1000 Second Avenue, Suite 1600
7   United States Attorney's Office    Seattle, Washington 98104
Western District of Washington      Phone: (206) 682-1080
8   700 Stewart Street, Suite 5220     Email:  hilary.smith@ghp-law.net
Seattle, Washington 98101-1271      *Attorneys for Petitioner*
9   Phone: 206-553-7970
Fax: 206-553-4067
10  Email: katherine.collins@usdoj.gov
*Attorneys for Federal Respondents*

11

***I certify that this memorandum contains 40
12  words, in compliance with the Local Civil
Rules.***

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Respondents' Return Memorandum | November 24, 2025 |
| Petitioner's Response | December 1, 2025 |

DATED this 12th day of November, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02229-JNW-GJL] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970